Submitted October 19, 2020, affirmed June 3, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

FRANK ANTHONY ADAMS,
*Defendant-Appellant.*

Lane County Circuit Court
16CR69349; A171821

487 P3d 433

Clara L. Rigmaiden, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Brett J. Allin, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Robert M. Wilsey, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722 (2021).